IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PHILIP CHARVAT, on behalf of himself and others similarly situated,

    Plaintiff,

v.

ICOT HEARING SYSTEMS, LLC, d/b/a LISTENCLEAR, ICOT HOLDINGS, LLC, WAVERLY CONSULTING GROUP, INC., and ALLAN PERLOW,

    Defendants.

CASE NO. CV417-245

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 67.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. Other than Plaintiff Philip Charvat, the rights of any other putative class members are not affected by this dismissal. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 15th day of August 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA